UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Plaintiff, <br><br> v. <br><br> **JACOB M. RAGER** <br><br> Defendant. | CASE NO. <br><br> JUDGE <br><br> **INFORMATION** <br><br> 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) <br> 18 U.S.C. § 875(d) <br><br> **FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

FEB 10 2025 11:01 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25-CR-21
Judge Marbley

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
(Possession of Child Pornography)

1. On or about January 26, 2024, in the Southern District of Ohio, the defendant, **JACOB M. RAGER**, knowingly possessed matter, that is, digital image and video files stored on miscellaneous social media accounts and digital media devices, which contained one or more visual depictions that had been transported using any means and facility of interstate and foreign commerce, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct.

    **In violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).**

## COUNT TWO
(Interstate Communications with Intent to Extort)

2. From in or about February 2022 through in or about October 2023, the exact dates being unknown, in the Southern District of Ohio, the defendant, **JACOB M. RAGER**, with the intent to extort things of value, did knowingly transmit in interstate and foreign commerce via the internet, communications containing threats to injure the reputation of the addressee, Jane Doe One, to wit: the defendant threatened Jane Doe One that he would distribute images and videos of her nude to other individuals if she refused to send additional nude images to the defendant.

**In violation of 18 U.S.C. § 875(d).**

## COUNT THREE
(Interstate Communications with Intent to Extort)

3. From in or about June 2023 through in or about October 2023, the exact dates being unknown, in the Southern District of Ohio, the defendant, **JACOB M. RAGER**, with the intent to extort things of value, did knowingly transmit in interstate and foreign commerce via the internet, communications containing threats to injure the reputation of the addressee, Jane Doe Two, to wit: the defendant threatened Jane Doe Two that he would distribute images and videos of her nude to other individuals if she refused to send additional nude images to the defendant.

**In violation of 18 U.S.C. § 875(d).**

## FOREFEITURE ALLEGATION

4. Upon conviction of the offense set forth in Count One of this Information, the defendant, **JACOB M. RAGER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property including, but not limited to, One Apple iPhone XS, serial number G0NXX60XKPFQ.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KENNETH L. PARKER**

United States Attorney

*Emily Czerniejewski* (signature)

_____

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney