United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                        Case No. 2:25-cr-21

Jacob M. Rager

---

COURTROOM MINUTES
Arraignment on Information

| U.S. District Judge Algenon L. Marbley | | Date:   February 28, 2025 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Emily Czerniejewski |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Crysta Pierson |
| Interpreter: | | Pretrial/Probation: | Kristin Clark |

Defendant entered a plea of guilty to Counts 1-3 of the Information.

PSI report ordered.

Defendant to remain in custody pending sentencing.